**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01189-NYW

SHARON A. JOHNSON, an individual,

Plaintiff,

v.

HAMMER ADVENTURES, Inc. d/b/a THE ADVENTURE COMPANY, a Colorado Corporation,
JOHN DOE I, individually,

Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

      IT IS ORDERED that a Status Conference is hereby set for **August 12, 2015, at 2:00 p.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LR 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

DATED: July 14, 2015