IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-01189-RPM

SHARON A. JOHNSON, an individual,

      Plaintiff,

v.

HAMMER ADVENTURES, INC., d/b/a THE ADVENTURE COMPANY, a Colorado
corporation, and
JOHN DOE 1, individually,

      Defendants.

_____

## ORDERS

_____

Upon reassignment of this civil action and review of the record, it is

ORDERED that the Order To Show Cause  [Doc. 6] is discharged, and the Minute

Order entered September 15, 2015 [Doc. 11] is vacated.

Dated:   September 16th, 2015

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge