IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01189-RPM

SHARON A. JOHNSON, an individual,

    Plaintiff,

v.

HAMMER ADVENTURES, INC., d/b/a THE ADVENTURE COMPANY, a Colorado corporation, and
JOHN DOE 1, individually,

    Defendants.

_____

## ORDER FOR STATUS REPORT
_____

    On September 16, 2015, this Court entered an Order to Answer on or before October 15, 2015. Nothing further has been filed and it is now

    ORDERED that counsel shall file a status report on or before December 14, 2015.

    Dated: December 7th, 2015

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge